# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRIS L. EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF OKLAHOMA, *ex rel.*, OKLAHOMA BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL,<br><br>    Defendant. | Case No.: CIV-15-791-C |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Chris L. Edwards, hereby stipulates with the Defendant, State of Oklahoma *ex rel.* The Bureau of Narcotics and Dangerous Drugs Control, that this action shall be dismissed with prejudice. No further costs or attorney fees will be owed by either party. Each side will bear its own costs and attorney's fees.

Dated this 15th day of May 2017.

| | |
|---|---|
| /s/Barrett T. Bowers<br>(signed with permission of counsel)<br>**BARRETT T. BOWERS, OBA#30493**<br>Ward & Glass, LLP<br>1601 36th Ave. NW, Ste. 100<br>Norman, OK 73072<br>Telephone:   (405)360-9700<br>Facsimile:    (405) 360-7902<br>Email: barrett@wardglasslaw.com<br>*Attorney for Plaintiff* | /s/ Richard Mann<br>**RICHARD N. MANN, OBA# 11040**<br>**LAUREN RAY, OBA#22694**<br>Assistant Attorney General<br>OKLAHOMA ATTORNEY GENERAL'S OFFICE<br>313 Northeast 21st Street<br>Oklahoma City, Oklahoma 73105<br>Telephone:   (405) 521-3921<br>Facsimile:    (405) 521-4518<br>Email: richard.mann@oag.ok.gov<br>Email: lauren.ray@oag.ok.gov<br>*Attorney for Defendant* |